471 A.2d 561

State Farm Ins. Co. v. Epstein, Appellant.

Reargument Denied March 2, 1984.

Petition for Allowance of Appeal
Denied Aug. 3, 1984.

Argued September 13, 1983. James L. Womer, for appellant; John J. Barr, for appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment affirmed.